B25C (Official Form 25C) (12/08)

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

Elms Investors, LLC

Debtor.

Case Number: 21-30506-jda

Chapter 11

Hon. Joel D. Applebaum

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: JANUARY '22 Date Filed: 3/31/21

Line of Business: Mobile Home Park NAICS Code: ____________

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

[signature]
Original Signature of Responsible Party

D. Mark Krueger
Printed Name of Responsible Party:

**Questionnaire: (All questions to be answered on behalf of the debtor.)**

| | | |
|---|---|---|
| 1. | Is the business still operating? | Yes X No ____ |
| 2. | Have you paid all your bills on time this month? | Yes X No ____ |
| 3. | Did you pay your employees on time? | Yes N/A No ____ |
| 4. | Have you deposited all the receipts for your business into the DIP account this month? | Yes X No ____ |
| 5. | Have you filed all of your tax returns and paid all of your taxes this month? | Yes X No ____ |
| 6. | Have you timely filed all other required government filings? | Yes X No ____ |
| 7. | Have you paid all of your insurance premiums this month? | Yes X No ____ |

8. Do you plan to continue to operate the business next month? Yes X No ____

9. Are you current on your quarterly fee payment to the U.S. Trustee? Yes X No ____

10. Have you paid anything to your attorney or other professionals this month? Yes ____ No X

11. Did you have any unusual or significant unanticipated expenses this month? Yes ____ No X

12. Has the business sold any goods or provided services or transferred any assets to any business related to the DIP in any way? Yes ____ No X

13. Do you have any bank accounts open other than the DIP account? Yes ____ No X

14. Have you sold any assets other than inventory this month? Yes ____ No X

15. Did any insurance company cancel your policy this month? Yes ____ No X

16. Have you borrowed money from anyone this month? Yes ____ No X

17. Have you paid any bills you owed before you filed bankruptcy? Yes ____ No X

**TAXES**

Do you have any past due tax returns or past due post-petition tax obligations? Yes ____ No X

If yes, please provide a written explanation including when such returns will be filed, or when such payments will be made and the source of the funds for the payment.

*(Exhibit A)*

**INCOME**

Please separately list all of the income you received for the month. The list should include all income from cash and credit transactions. *(The U.S. Trustee may waive this requirement.)*

**TOTAL INCOME $** 0

**SUMMARY OF CASH ON HAND**

Cash on Hand at Start of Month........................................ $ 22.83

Cash on Hand at End of Month........................................ $ 28.86

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU .................... TOTAL $ 28.86

*(Exhibit B)*

## EXPENSES

Please separately list all expenses paid by cash or by check from your bank accounts this month. Include the date paid, who was paid the money, the purpose and the amount. *(The U.S. Trustee may waive this requirement.)*

TOTAL EXPENSES $ 206.08

*(Exhibit C)* 1/4/22 pd. for Rubbish Bill

## CASH PROFIT

Income for the month (total from Exhibit B) .................... $ 0

Expenses for the month (total from Exhibit C) .................... $ 0

*(Subtract line C from line B)* **CASH PROFIT FOR THE MONTH** .................... $ 0

## UNPAID BILLS

Please attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. The list must include the date the debt was incurred, who is owed the money, the purpose of the debt and when the debt is due. *(The U.S. Trustee may waive this requirement.)*

.................... TOTAL PAYABLES $ N/A

*(Exhibit D)*

## MONEY OWED TO YOU

Please attach a list of all amounts owed to you by your customers for work you have done or the merchandise you have sold. You should include who owes you money, how much is owed and when is payment due. *(The U.S. Trustee may waive this requirement.)*

.................... TOTAL RECEIVABLES $ 0

*(Exhibit E)*

## BANKING INFORMATION

Please attach a copy of your latest bank statement for every account you have as of the date of this financial report or had during the period covered by this report.

*(Exhibit F)*

## EMPLOYEES

Number of employees when the case was filed? 0

Number of employees as of the date of this monthly report? 0

## PROFESSIONAL FEES

***BANKRUPTCY RELATED:***

Professional fees relating to the bankruptcy case paid during this reporting period? ........ $ 0

Total professional fees relating to the bankruptcy case paid since the filing of the case? ........ $ 0

***NON-BANKRUPTCY RELATED:***

Professional fees paid not relating to the bankruptcy case paid during this reporting period? ........ $ 0

Total professional fees paid not relating to the bankruptcy case paid during this reporting period? ........ $ 0

## PROJECTIONS

Compare your actual income and expenses to the projections for the first 180 days of your case provided at the initial debtor interview.

| | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 0 | $ 0 | $ 0 |
| EXPENSES | $ 0 | $ 0 | $ 0 |
| CASH PROFIT | $ 0 | $ 0 | $ 0 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: ........ $ 0

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: ........ $ 0

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: ........ $ 0

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**




24300 Little Mack Avenue
Saint Clair Shores, MI 48080

**Statement Ending 01/31/2022**






RETURN SERVICE REQUESTED

>002257 6883446 0001 093078 10Z

0025436S MSP 9

ELMS INVESTORS LLC
D MARK KRUEGER
DIP 21-30506
42815 GARFIELD RD STE 213
CLINTON TWP MI 48038-1143



## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| SMALL BUSINESS CHECKING | 42025968 | $28.86 |

## SMALL BUSINESS CHECKING 968

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 01/01/2022 | **Beginning Balance** | **$22.83** |
| | 2 Credit(s) This Period | $1,050.00 |
| | 3 Debit(s) This Period | $1,043.97 |
| 01/31/2022 | **Ending Balance** | **$28.86** |
| | Service Charges | $10.00 |

| Description | Amount |
|---|---|
| Minimum Balance | $22.83 |
| Average Ledger Balance | $58.80 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 01/04/2022 | 116610670 ECORP DEPOSIT TRANSFER FROM SMALL BUSINESS CH 42023592 ON 1/04/22 | $250.00 |
| 01/28/2022 | 116674621 ECORP DEPOSIT TRANSFER FROM SMALL BUSINESS CH 42023592 ON 1/28/22 | $800.00 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 01/04/2022 | PRIORITY WASTE CORP COLL 14275 | $206.08 |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 01/31/2022 | SERVICE CHARGE | $10.00 |

### Checks Cleared

| Check Nbr | Date | Amount |
|---|---|---|
| 5005 | 01/28/2022 | $827.89 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 01/04/2022 | $66.75 | 01/28/2022 | $38.86 | 01/31/2022 | $28.86 |



CSTMTADV 1071 0001 124 07 20220201 PG 1 OF 2
00254365 41976577.2 0-0

## It is easy to balance your account if you follow these simple steps!

*Fill in amounts from your account register and bank statement below*

### Begin with your Account Register

List your account register balance $ ______

Subtract service charges and any deductions from this statement not previously recorded in your register $ ______

Add any credits from this statement that were not previously recorded in your register, such as interest $ ______

This is your new ACCOUNT REGISTER BALANCE $ ______

### From your Bank Statement

List your Statement Ending Balance $ ______

Add any deposits not listed on your statement $ ______

**SUBTOTAL** $ ______

### List and total all outstanding checks, ATM, debit card, and other electronic withdrawals

| | | | | | |
|---|---|---|---|---|---|
| $ ______ | $ ______ | $ ______ | $ ______ | $ ______ | $ ______ |
| $ ______ | $ ______ | $ ______ | $ ______ | $ ______ | $ ______ |
| $ ______ | $ ______ | $ ______ | $ ______ | $ ______ | $ ______ |
| $ ______ | $ ______ | $ ______ | $ ______ | $ ______ | $ ______ |

TOTAL of all outstanding items listed above $ ______

Subtract total of all outstanding items from subtotal listed above.
This balance should match your new ACCOUNT REGISTER BALANCE $ ______

If your account does not balance, please carefully check the following:

- ☐ Have you correctly entered the amount of each item in your account register?
- ☐ Do the deposit amounts on your statement match what is entered in your account register?
- ☐ Have all checks and transactions been deducted from your account register?
- ☐ Have you carried the correct balance forward from one account register page to the next?
- ☐ Do the deposit amounts on your statement match what is entered in your account register?

Please refer any exceptions to customer service:

**24300 Little Mack | St Clair Shores MI, 48080 | 866-372-1275**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, TELEPHONE US AT 866-372-1275 OR WRITE TO P.O. BOX 305, EASTPOINTE, MICHIGAN 48021 as soon as possible if you think your statement is wrong or if you need more information about a transaction listed on this statement. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Describe error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may take up to 45 days to investigate your complaint or question. In these cases, provisional credit will be placed in your account within 10 business days for the disputed amount to allow you use of funds during the investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Results of all investigations will be reported within 3 business days of completion. If it has been concluded that there was no error, you will be notified in writing. You may request copies of the documents used in our investigation.

## SMALL BUSINESS CHECKING 968 (continued)

**Overdraft and Returned Item Fees**

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $68.00 |

**Service Charge Summary**

| Description | Amount |
|---|---|
| TOTAL CHARGE FOR MAINT & PAPER STMT: | $10.00 |
| Total Service Charge | $10.00 |



CSTMTADV 1071 0001 124 07 20220201 PG 2 OF 2
00254365 41976577.2 0-0



Elms Investors LLC
42815 Garfield Rd.
Suite 213
Clinton Twp. MI 48038

5005

DATE 1/19/2022

$ 827.89

PAY Eight Hundred Twenty-Seven and 89/100 Dollars

TO THE ORDER OF U.S. Trustee
U.S. Trustee Payment Center
P.O. Box 6200-19
Portland, OR 97228-6200

#5005 01/28/2022 $827.89